# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-1844

_____

Marvel Jones

*Plaintiff - Appellant*

v.

Craig Gilsdore, Agreement Administrator, Special Services Unit for Nebraska Department of Correction Services, in his individual capacity; Dr. Agnes M. Stanis, PH.D. for Nebraska Department of Correction Services, in her individual capacity; Sheriff Officer Unknown; City of Lincoln; One Unknown Police Officer; Two Unknown Police Officers; Brad Johnson, Director of Lancaster County Correction Department; Terry Wagner, Sheriff of Lancaster County, Nebraska; Timothy F. Dunning, Sheriff of Lancaster County or Douglas County Nebraska; Brenda Jones, Sheriff of Lancaster County or Douglas County Nebraska; Kristi J. Egger, Deputy Public Defender for Lancaster County; Joe Negro, Chief Public Defender for Lancaster County, Nebraska; Debera K. Lynford, Lancaster County Board of Mental Health Chairperson; Mary K. Guinn, Member of Lancaster County Board of Mental Health; Dr. Mark Vanghin, Member of Lancaster County Board of Mental Health; Dr. Robert Arias, Neuropsychology and Behavioral Medicine, PC; Kathy Herian, 3-East Unit Supervision at Norfolk Regional Center, in her individual capacity; Rosetta McAllister, R.N. at Norfolk Regional Center, in her individual capacity; Verlin Redlinger, Activity Assistant at Norfolk Regional Center, in his individual capacity; Cheryl Heismann, Social Worker at Norfolk Regional Center, in her individual capacity; Hannah Neal, Provisional Psychiatrist at Norfolk Regional Center, in her individual capacity; Mike Gettman, Psychiatrist and Social Worker at Norfolk Regional Center, in his individual capacity; Beverly J. Lueshen, Psychiatrist and Social Worker at Norfolk Regional Center, in her individual capacity; Todd Phelps, Psychiatrist and Social Worker at Norfolk Regional Center, in his individual capacity; Dannette Smith, Chief Executive Officer of the Nebraska Department of Health and Human Services, in her individual capacity; John Knoll, Facility Operating Officer at Norfolk Regional

Center, in his individual capacity; Tom Barr, Director of Norfolk Regional Center, in his individual capacity; Kristine Boe Simmons, Director Clinical Program Manager at Norfolk Regional Center, in her individual capacity; Julie Redwing, Director of Nursing at Norfolk Regional Center, in her individual capacity; Dr. Jean Laing, Of Norfolk Regional Center Psychiatrist and Social Worker, in her individual capacity; Sheri Dawson, Behavioral Director at Nebraska Department of Health and Human Services, in her individual capacity; Mark Labouchadiere, Facility Director at Nebraska Department of Health and Human Services, in his individual capacity; Spence Propel, Director of Regional Centers of Nebraska, in his individual capacity; John Reynolds, In Charge of Regional Centers of Nebraska, Under Nebraska Department of Health and Human Services, in his individual capacity; Melanie J. Whittamore-Mantzios, Attorney at Wolfe Snowden Hurd Luers - Ahl LLP; Jane Does, Two (2) Unknown Female Employees at Norfolk Regional Center, in their individual capacities; Tabitha Waggoner, Therapist and Social Worker at Norfolk Regional Center, in her individual capacity; Brandi, Therapist and Social Worker at Norfolk Regional Center, in her individual capacity; Marshall, Therapist and Social Worker at Norfolk Regional Center, in his individual capacity; Shannon, Therapist and Social Worker at Norfolk Regional Center, in her individual capacity; Amanda Holmgreen, Contractor Therapist at Norfolk Regional Center, in her individual capacity; Kim Ellenbergee, Provisional Therapist at Norfolk Regional Center, in her individual capacity; Candi, Director of Personal Development Department at Norfolk Regional Center, in her individual capacity; Steve Lindstadt, Activity Assistant of Personal Development Department at Norfolk Regional Center, in his individual capacity; Michelle Clark, Director of Personal Development Department at Norfolk Regional Center, in her individual capacity; Mrs Bonnie, Activity Assistant of Personal Development at Norfolk Regional Center, in her individual capacity; Dayna Busch, Activity Assistant of Personal Development at Norfolk Regional Center, in her individual capacity; Tracy Daake, Activity Assistant of Personal Development Department at Norfolk Regional Center, in her individual capacity; Megan Donavan, Psychiatrist and Counsel PH.D. at Norfolk Regional Center, in her individual capacity; Patricia Brand, Patient Services Department at Norfolk Regional Center, in her individual capacity; Miranda, Provisionally Licensed Group Facilitator and Social Worker at Norfolk Regional Center, in her individual capacity; Pattie, Chemical Dependence Group Facilitator at Norfolk Regional Center, in her individual capacity; Victor Vanfleet, Chemical Dependency Group Facilitator at Norfolk Regional Center, in his individual

capacity; Dawn Collins, Registered Nurse at Norfolk Regional Center, in her individual capacity; Terri Bruegman, 3-East Unit Supervisor at Norfolk Regional Center, in her individual capacity; Travice, Patient Service at Norfolk Regional Center, in his individual capacity; Unknown Jane and John Does, Compliance Team 6 at Norfolk Regional Center, in their individual capacities; Lisa, Activity Assistant and Librarian Personal Development Department East at Norfolk Regional Center, in her individual capacity; Chris Luebe, Activity Assistant Personal Development Department East at Norfolk Regional Center, in his individual capacity; Ryan Wills, Activity Assistant Personal Development Department East at Norfold Regional Center, in his individual capacity; Unknown John Does, Security Specialist I's Ten (10) at Norfolk Regional Center, in their individual capacities; Unknown John & Jane Does, Security Specialist Technicians at Norfolk Regional Center in their individual capacities; Stephen O'Neill, M.D. at Norfolk Regional Center, in his individual capacity; Carol Ruge, in her individual capacity; Bonnie Bergland, in her individual capacity; Lisa Weible, in her individual capacity; Larry Sohler, in his individual capacity; Hunter Lewis, in his individual capacity; Brittany Marker, in her individual capacity; Matthew Lewis, in his individual capacity; Nancy Wragge, in her individual capacity; Unknown, Security Specialist IIs on 3-East, in their individual capacity; Unknown, Security Specialist IIs on 2-East in their individual capacity; Unknown, Security Specialist IIs on 3-West in their individual capacity; Security Team Members, in their individual capacity; Compliance Team Members, in their individual capacity; Kolten Newhalve, in his individual capacity; James Johnson, in his individual capacity; Tyler Stender, in his individual capacity; Chris Newhaus, in his individual capacity; Cameron Liewer, in his individual capacity; Edgar Olivan, in his individual capacity; Josh Dieterman, in his individual capacity; Corey Banks, in his individual capacity; Stephanie Owens, in her individual capacity; Don Whitmire, in his individual capacity; Drew English, in his individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

-3-

Submitted: February 13, 2024
Filed: February 16, 2024
[Unpublished]
_____

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Marvel Jones appeals the district court's[1] orders dismissing some of his claims, and granting summary judgment for defendants on the remaining claims, in his pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Graham v. Barnette, 5 F.4th 872, 881 (8th Cir. 2021) (de novo review of grant of summary judgment); Stockley v. Joyce, 963 F.3d 809, 816 (8th Cir. 2020) (de novo review of order granting motion to dismiss); Kaden v. Slykhuis, 651 F.3d 966, 968 (8th Cir. 2011) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915).

The judgment is affirmed. See 8th Cir. R. 47B.
_____

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.